APPLICANT              <u>CHARLEY JULIAN FOSHEE</u> APPLICATION NO. <u>82,808-01</u>

## APPLICATION FOR 11.07 WRIT OF HABEAS CORPUS

### ACTION TAKEN

DENIED WITHOUT WRITTEN ORDER.

JUDGE                                                            2/25/15 DATE